IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 17-50011G |
| Sammy Almendarez | § | |
| Dawn Zavala Almendarez | § | |
| DEBTOR(S) | § | CHAPTER 13 |

## DEBTORS' MOTION TO MODIFY CHAPTER 13 PLAN
## AND SECOND REQUEST FOR ATTORNEY'S FEES

**AN ORDER WILL BE ENTERED GRANTING THE RELIEF REQUESTED HEREIN WITHOUT FURTHER HEARING UNLESS A WRITTEN OBJECTION AND REQUEST FOR HEARING IS FILED WITH THE CLERK WITHIN TWENTY-ONE (21) DAYS AFTER THE DATE OF ISSUANCE OF THIS NOTICE. ANY SUCH OBJECTION MUST ALSO BE SERVED UPON THE MOVING PARTY AND UPON ALL OTHER PERSONS INDICATED ON THE CERTIFICATE OF SERVICE ATTACHED TO THIS PLEADING.**

**TO THE HONORABLE JUDGE Craig A. Gargotta:**

Sammy Almendarez and Dawn Zavala Almendarez, ("Debtors") move to modify their Chapter 13 Plan under 11 U.S.C. § 1329 and Bankruptcy Rule 3015.

1. **Jurisdiction**

Jurisdiction is proper under 28 U.S.C. § 1334. This is a "core-proceeding" pursuant to 28 U.S.C. § 157 (b)(2). Further, this is a "contested matter" governed by Bankruptcy Rule 9014.

2. **Background**

The Debtors filed a Chapter 13 bankruptcy petition on January 2, 2017. The court confirmed the Chapter 13 Plan on February 28, 2017.

3. **Grounds for Modification**

The Debtors experienced a substantial and unexpected change in circumstances since the entry of the order confirming the plan. Debtors became delinquent with their mortgage payments because they have been struggling with their budget since filing and eventually missed two mortgage payments. Debtors now understand how to budget and feel that they can continue in this case. As a result, Debtors are required to add post-petition mortgage arrears of $2,778.24

into the chapter 13 plan per an Agreed Order Modifying Stay entered into between Debtor and Ditech Financial.

4. **Terms to be Modified**

Debtors request that the Chapter 13 Plan be modified to allow $2,778.24 in post-petition mortgage arrears be added into the plan. The modified plan payment will begin June 2018.

The following reflect the terms of the current plan and of the proposed modified plan:

| Chapter 13 Plan Terms | Current Plan | Proposed Plan |
|---|---|---|
| Plan Payment | $1,175.00 | $1,275.00 |
| Term (from date of Confirmation) | 59 months | 59 months |
| Plan % (approx. dividend to unsecured creditors) | 22% | 24% |
| ACP (Applicable Commitment Period) | 3 years | |

The following identifies the specific monthly payments payable by the Trustee through the plan to the secured and priority creditors:

| Creditor | Current Plan | Proposed Plan |
|---|---|---|
| DITECH Financial LLC (pre petition) | Pro rata | Pro rata |
| DITECH Financial LLC (post petition) | Pro rata | Pro rata |
| NPRTO Texas LLC | $75.00 | 75.00 |
| American Credit Acceptance | $395.00 | 395.00 |
| Amercian Credit Acceptance | $250.00 | $250.00 |
| J. Todd Malaise - Base Attorney's Fees | Paid | Paid |
| J. Todd Malaise - Admin Priority (this motion) | | *see below |

These modifications reflect the only terms sought to be modified by this motion. All existing terms and provisions of the current Chapter 13 Plan not modified above remain in effect.

Further, the dividend payable to unsecured creditors is greater than the value of non-exempt property and greater than the amount that the unsecured creditors would receive if this case was converted to a Chapter 7.

5. **Request for Attorney's Fees**

Counsel for Debtor incurred additional attorney fees and costs related to this matter and asks that he be awarded $874.46 ($843.00 attorney fees and $31.46 expenses) as reasonable and necessary services and that said amount be paid as an administrative claim by the Trustee through the Chapter 13 Plan payable in full upon entry of this order or as funds become

available. Payment of this claim may delay payment of the scheduled monthly payment on secured and priority claims. A description of these services is attached as "Exhibit A". These services were unanticipated and were not included in the base, "no look" fee award. A history of the attorney fees awarded in this case is attached hereto as "Exhibit B".

## PRAYER

Wherefore, premises considered, Debtor prays that this Court approve this Motion to Modify Chapter 13 Plan and Second Request for Attorney's Fees.

Respectfully submitted,
**MALAISE LAW FIRM**
909 NE Loop 410, Suite 300
San Antonio, Texas 78209
Telephone: (210) 732-6699
Telecopier: (210) 732-5826

By:_____
J. Todd Malaise, SBN 00796984
David C. Werner, SBN 00797651
Steven G. Cennamo, SBN 04045600
Teresa K. Howard, SBN 24049025
**ATTORNEYS FOR DEBTOR**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on May 31, 2018, service of a copy of the attached has been accomplished by **CM/ECF to Mary K. Viegelahn, Chapter 13 Trustee**, and by first class mail, postage paid, or hand delivered to the parties in interest listed below and to all parties listed on the attached mailing matrix.

_____
J. Todd Malaise
David C. Werner
Steven G. Cennamo
Teresa K. Howard

ebe

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-5<br>Case 17-50011-cag<br>Western District of Texas<br>San Antonio<br>Mon May 28 17:29:31 CDT 2018 | United States Trustee (SMG513)<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 | U.S. BANKRUPTCY COURT<br>615 E. HOUSTON STREET, ROOM 597<br>SAN ANTONIO, TX 78205-2055 |
| Ad Astra Recovery<br>7330 W 33rd St Ste 118<br>Wichita, KS 67205-9370 | Afni<br>PO Box 3427<br>Bloomington, IL 61702-3427 | American Credit Acceptance<br>961 E Main St<br>Spartanburg, SC 29302-2185 |
| Attorney General of the US<br>Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530-0009 | Bexar County<br>c/o Bradley S. Balderrama<br>711 Navarro, Suite 300<br>San Antonio, TX 78205-1749 | Bexar County<br>c/o Don Stecker<br>Linebarger Goggan Blair & Sampson<br>711 Navarro, Ste. 300<br>San Antonio, TX 78205-1749 |
| Broadway Finance<br>Broadway Finance<br>1115 SW Military Drive, Suite 102<br>San Antonio, TX 78221-1698 | Business & Professional Services<br>Attn: Bankruptcy<br>621 N. Alamo St.<br>San Antonio, TX 78215-1836 | CODILIS & STAWIARSKI, P.C.<br>ATTN: BANKRUPTCY DEPARTMENT<br>400 N. SAM HOUSTON PARKWAY EAST #90<br>HOUSTON, TX 77060-3548 |
| Cap Fin Co<br>216 Broadway<br>San Antonio, TX 78205-1924 | Central Finance<br>4400 Fredericksburg Ste102<br>San Antonio, TX 78201-1969 | Credit Acceptance<br>25505 West 12 Mile Rd<br>Suite 3000<br>Southfield, MI 48034-8331 |
| Credit Management, LP<br>The Offices of Credit Management, LP<br>PO Box 118288<br>Carrolton, TX 75011-8288 | Ditech<br>Attn: Bankruptcy<br>PO Box 6172<br>Rapid City, SD 57709-6172 | Ditech Financial LLC<br>P.O. Box 6154<br>Grand Rapids, South Dakota 57709-6154 |
| Ditech Financial LLC fka Green Tree Servicin<br>P.O. Box 6154<br>Rapid City, South Dakota 57709-6154 | Ditech Financial LLC,<br>c/o BDFTE LLP<br>4004 Belt Line Rd, Ste 100<br>Addison, TX 75001-4320 | ERC/Enhanced Recovery Corp<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jh Portfolio Debt Equities LLc<br>5757 Phantom Dr Ste 225<br>Hazelwood, MO 63042-2429 | Mega Furniture<br>2301 SW Military Dr<br>San Antonio, TX 78224-1406 |
| Midwest Recovery Syste<br>PO Box 899<br>Florissant, MO 63032-0899 | NPRTO Texas, LLC<br>256 West Data Drive<br>Draper, UT 84020-2315 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Rent-A-Center<br>803 Castroville Rd.<br>San Antonio, TX 78237-3148 | Robertson Anschutz Vetters<br>10333 Richmond Ave, Ste 550<br>Houston, TX 77042-4115 | SANTANDER CONSUMER USA, INC.<br>P.O. BOX 560284<br>DALLAS, TX 75356-0284 |

San Antonio Loans  
4535 Fredricksburg Rd St  
San Antonio, TX 78201-6515

Santander Consumer USA  
PO Box 961245  
Ft Worth, TX 76161-0244

Sun Loan Company  
803 Castroville Rd Ste 3  
San Antonio, TX 78237-3153

US Attorney's Office  
601 NW Loop 410, Ste 600  
San Antonio, TX 78216-5597

United States Trustee - SA12  
US Trustee's Office  
615 E Houston, Suite 533  
PO Box 1539  
San Antonio, TX 78295-1539

VA Regional Office  
Office of District Counsel  
2515 Murworth Dr  
Houston, TX 77054-1603

Dawn Zavala Almendarez  
5119 Duke Field  
San Antonio, TX 78227-4725

J. Todd Malaise  
909 NE Loop 410, Suite 300  
San Antonio, TX 78209-1315

J. Todd Malaise02  
Malaise Law Firm  
909 NE Loop 410, Suite 300  
San Antonio, TX 78209-1315

J. Todd Malaise04  
Malaise Law Firm  
909 NE Loop 410, Suite 300  
San Antonio, TX 78209-1315

Mary K Viegelahn  
Chapter 13 Trustee  
10500 Heritage Blvd Suite 201  
San Antonio, TX 78216-3631

Sammy Almendarez  
5119 Duke Field  
San Antonio, TX 78227-4725

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery  
PO box 41067  
Norfolk, VA 23541

End of Label Matrix  
Mailable recipients   41  
Bypassed recipients    0  
Total                 41

Billing Statement        Exhibit A

**Malaise Law Firm**     Time and Expenses
909 N.E. Loop 410, Suite 300
San Antonio, TX 78209
(210) 732-6699     Total Time:     $843.00

Total Expenses:     $31.46

**Total Billed:**     **$874.46**

## Matter: Sammy Almendarez 17-50011G

| DATE | STAFF | RATE | S | BRIEF DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 02/05/18 | EBE | $95 | 1.2 | In office conference with Debtors regarding MTLS. Receive some docs. | $114.00 |
| 02/23/18 | MAM | $95 | 0.3 | Receive & review TMTD for no annual. Letter to Debtors. | $28.50 |
| 02/27/18 | TLG | $95 | 0.4 | Call to Debtor for in office appointment regarding MTLS and TMTD | $38.00 |
| 03/06/18 | EBE | $95 | 0.5 | In office conference with Joint Debtor regarding TMTD for no annual. Need add'l info | $47.50 |
| 03/09/18 | EBE | $95 | 0.5 | Receive docs from Debtors. Prepare response to TMTD. | $47.50 |
| 03/09/18 | JTM | $295 | 0.2 | Approve and sign response to TMTD for no annual | $59.00 |
| 03/09/18 | EBE | $95 | 0.2 | File response for TMTD with court. | $19.00 |
| 04/09/18 | EBE | $95 | 0.8 | Review pay stubs and update Debtors income and expenses. Draft amended I and J | $76.00 |
| 04/19/18 | EBE | $95 | 0.2 | Phone call to Joint Debtor regarding TMTD. | $19.00 |
| 04/23/18 | EBE | $95 | 0.5 | Email exchange with IRS regarding Debtors' 2015 and 2017 liabilities | $47.50 |
| 04/24/18 | JTM | $295 | 0.2 | Review pay stubs and approve amended I and J | $59.00 |
| 04/24/18 | EBE | $95 | 0.3 | File amended I and J with court. Upload pay stubs to the portal. Email to trustee office | $28.50 |
| 05/07/18 | EBE | $95 | 0.2 | Receive & review withdrawal of TMTD. Call to Debtors. | $19.00 |
| 05/09/18 | EBE | $95 | 0.7 | Draft motion to modify | $66.50 |
| 05/10/18 | EBE | $95 | 0.4 | Draft timesheet for services | $38.00 |
| 05/18/18 | EBE | $95 | 0.2 | Prep file for attorney review | $19.00 |
| 05/21/18 | EBE | $95 | 0.1 | Email exchange with trustee's office regarding modificaiton | $9.50 |
| 05/31/18 | JTM | $295 | 0.3 | Review, approve and sign modification | $88.50 |
| 05/31/18 | EBE | $95 | 0.2 | File modification with court. | $19.00 |
| | | | | **TOTAL FOR FEES** | **$843.00** |
| | | | JTM | Todd Malaise (Attorney) @ $295.00 per hour | |
| | | | SGC | Steven G. Cennamo (Associate Attorney) @ $295.00 per hour | |
| | | | DCW | David C. Werner (Associate Attorney) @ $265.00 per hour | |
| | | | TKH | Teresa K. Howard (Associate Attorney) @ $265.00 per hour | |
| | | | MAM | Margaret Munoz (Legal Assistant) @ $95.00 per hour | |
| | | | ORI | Oriana Towels (Legal Assistant) @ $95.00 per hour | |
| | | | GMP | Gina M. Perez (Legal Assistant) @ $95.00 per hour | |
| | | | TLG | Tiffany L. Gomez (Legal Assistant) @ $95.00 per hour | |

| EXPENSES | | Cost | Pages | | |
|---|---|---|---|---|---|
| Copies | | 0.21 | 76 | Response to TMTD & Motion to Modify | $15.96 |
| Postage | | 0.5 | 31 | Response to TMTD & Motion to Modify | $15.50 |
| | | | | **TOTAL EXPENSES** | **$31.46** |

Please remit payment to:     Malaise Law Firm
909 N.E. Loop 410, Suite 300
San Antonio, TX 78209

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE: § CASE NO. 17-50011G
§
Sammy Almendarez §
Dawn Zavala Almendarez §
§
DEBTOR(S) § CHAPTER 13

## ATTORNEY'S FEE EXHIBIT

| DATE FILED | FEES AWARDED | FEES PENDING | DOCUMENT FILED |
|---|---|---|---|
| 3/27/2018 | $589.42 | $0.00 | Application for Attorney Fees/AO MTLS |

**SUMMARY**

| | |
|---|---|
| Fees Awarded at Confirmation: | $3,600.00 |
| Total post confirmation fees awarded: | $589.42 |
| Total post confirmation fees pending: | $0.00 |

"EXHIBIT B"